Keim *v.* Purtle, Appellant.

Argued January 18, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Philip J. O'Malley,* with him *Reilly, Pearce, Lynch & O'Malley,* for appellant.

*Arnold E. Rubin,* with him *Jonathan H. DeYoung,* for appellee.

OPINION PER CURIAM, October 12, 1971:
Decree affirmed; costs on appellant.